[Nos. 68755-7-I; 68756-5-I.   Division One.   December 23, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL GUTIERREZ, *Appellant*.

Appeals from judgments of the Superior Court for King County, Nos. 11-1-06119-8 and 12-1-00495-8, Patrick H. Oishi, J., entered April 20, 2012. *Dismissed* by unpublished per curiam opinion.

[No. 68814-6-I.   Division One.   December 23, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD LEE GRAY III, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-06837-1, LeRoy McCullough, J., entered May 14, 2012. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Spearman and Verellen, JJ.

[No. 68855-3-I.   Division One.   December 23, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ALFONZIA ALLEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-03128-0, Joan B. Allison, J. Pro Tem., entered July 2, 2012. *Dismissed* by unpublished per curiam opinion.

[No. 69171-6-I.   Division One.   December 23, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY RAY McMILLON, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-06260-9, Joan E. DuBuque, J., entered June 29, 2012. *Dismissed* by unpublished per curiam opinion.